**No. 42253.**—Protests 635308–G, etc., of A. N. Deringer, Inc., et al. (St. Albans).

Opinion by McClelland, P. J.  In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.

**No. 42254.**—Protests 635322–G, etc., of Central Vermont Railway, Inc., et al. (St. Albans).

Opinion by McClelland, P. J.  In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.

**No. 42255.**—Protests 813147–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by McClelland, P. J.  In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.

**No. 42256.**—Protest 833315–G of Wm. J. Jones & Co. (Philadelphia).

Opinion by McClelland, P. J.  In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 25, 1939

**No. 42257.**—Protest 640945–G of A. N. Deringer, Inc. (St. Albans).

Opinion by McClelland, P. J.  In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained.

**No. 42258.**—Protests 633064–G, etc., of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by McClelland, P. J.  In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.